[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] PENDENTE LITE ORDER
The defendant's claim the plaintiff's net weekly wages were substantially greater than shown on her financial affidavit was unsupported by any evidence.
The defendant's net weekly wage of $643.86 is 2.132 times greater than the plaintiff's net weekly wage of $302.00 and his contribution toward household expenses shall reflect that disparity.
The monthly household expenses are determined to be: CT Page 14387
Mortgage $1,242.70 Fuel 108.00 Electric 97.00 Water 22.00 Telephone 97.00 Trash collection 64.00 Cable television 22.00 Food 323.00 Home insurance 43.00 Children's expenses 151.00
TOTAL $2,169.70
The defendant is ordered to pay pendente lite household support of $1,476.95 monthly — or $343.48 weekly.
Each shall continue to pay his/her vehicle loans, taxes, insurance, and other costs incident to ownership of the same.
SHEEDY, J.